JAMES V. HAYES
Assistant Chief
Criminal Division, Fraud Section
United States Department of Justice
1400 New York Avenue
Washington, DC 20005
Email: James.Hayes@usdoj.gov
Telephone: 202-774-4276
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

United States of America,

              Plaintiff,                  Case No. 2:25-CR-0882-DWL

    vs.

                                        **NOTICE OF APPEARANCE**

Farrukh Jarar Ali,

              Defendant.

      **COMES NOW** the United States of America and gives notice that James V. Hayes will appear in the above-captioned case. Please send all notices and inquiries concerning this matter to the undersigned counsel at the address listed below. All other counsel of record for the United States shall remain as attorneys of notice.

Dated: June 27, 2025              Respectfully submitted,

                                LORINDA LARYEA
                                Acting Chief, Fraud Section
                                United States Department of Justice

                                */s/ James V. Hayes*
              By:    JAMES V. HAYES
                                Assistant Chief
                                Criminal Division, Fraud Section
                                United States Department of Justice
                                1400 New York Avenue
                                Washington, DC 20005
                                  Email: James.Hayes@usdoj.gov
                                Telephone: 202-774-4276

## CERTIFICATE OF SERVICE

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I hereby certify that on this 27th day of June, 2025, I electronically transmitted the attached document using the CM/ECF system for filing, and which will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

*/s/ James V. Hayes*

- 2 -